**PARK AVENUE LAW LLC**
243 W. PARK AVE. STE. 202
WINTER PARK, FLORIDA
(800) 391-3654

**John D. McKay**  |  **Florida Mailing Address:**
Managing Attorney  |  127 W. Fairbanks Ave. No. 519
johndmckayatty@gmail.com  |  Winter Park, FL 32789

**Canada Mailing Address:**
One Yonge Street, Suite 1801
Toronto, Ontario M5E 1W7

___

March 25, 2016

**Via CM/ECF**
The Honorable Joseph C. Spero
United States Chief Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    **Jennifer Barone v. InterContinental Hotels Group PLC**
              **Case No. 3:15-cv-04990-JCS**
              **Case Management Conference April 1, 2016 at 2:00 p.m.**

Dear Judge Spero:

      I respectfully request that I be permitted to attend the above-referenced Case Management Conference by telephone, so that I do not have to fly to San Francisco from Florida. The landline phone number where I can be reached at the time of the hearing is **(321) 397-5387**.

      As I mentioned to Ms. Hom in a recent telephone message, Defendant has been served through the Hague Convention in the United Kingdom, and I have been in touch with counsel representing it. I have agreed with defense counsel to enlarge the time for Defendant's response to and including March 30, 2016. This Case Management Conference has already been continued to April 1 due to service of process issues, so I think it would be best to proceed on that date as currently scheduled.

      Thank you for your consideration of this request.

                                            Sincerely,

                                            /s/ John D. McKay
                                            John D. McKay

___

AIRCRAFT ✪ AVIATION ✪ ESTATE PLANNING
PERSONAL INJURY ✪ REAL ESTATE ✪ WRONGFUL DEATH
ATTORNEY IN CALIFORNIA, FLORIDA, MAINE, NEW YORK, VERMONT, VIRGINIA AND WEST VIRGINIA
BARRISTER & SOLICITOR IN ONTARIO; SOLICITOR IN ENGLAND AND WALES

Hon. Joseph C. Spero
March 25, 2016
Page 2 of 2

                                                              Counsel for Plaintiff

JDMcK/hap

cc:    Robert I. Lockwood, Esquire (by email)
        Mrs. Jennifer Barone (by email)

Dated: 3/28/16



IT IS SO ORDERED
Judge Joseph C. Spero