SFP: 2016-2511
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served** the (date) **24 February 2016**
**que le demande a ete executee**          le (date)

**-at (place, street, number)**     **INTERCONTINENTAL HOTELS GROUP PLC**
**-a (localite, rue, numero)**       **Broadwater Park, Denham, Buckinghamshire, UB9 5HR**
                                     **UB9 5HR**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

**b) in accordance with the following particular**   **Documents were served by handing them to**
**method selon la forme particuliere suivante**       **the defendant Daisy Llewellyn , in person at**
                                                      **the address given.**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

**- relationship to the addressee (family, business or**   **V.P Legal Dept**
**other)**
**- liens de parente de subordination ou autres avec**
**le desinataire de l'acts**

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:


in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                          Done at London
                                                          fait a

in appropriate cases, documents                           the 12 March, 2016
establishing the service:                                 le
le cas echeant, les documents
justicatifs de l'execution:                               Signature and/or stamp:
                                                          Signature et/ou cachet: